UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNOLOGIES, S.A., and <br> QUOTIUM TECHNOLOGIES, S.A., <br>     Plaintiffs, <br><br> v. <br><br> CYRANO, INC., <br>     Defendant, <br><br> and <br><br> CYRANO, INC., <br>     Plaintiff in Counterclaim, <br><br> v. <br><br> TECHNOLOGIES, S.A., QUOTIUM <br> TECHNOLOGIES, S.A. and <br> QUOTIUM TECHNOLOGIES, INC., <br>     Defendants in Counterclaim. | Civil Action No. 02-11416-JLT |

ORDER

March 17, 2003

TAURO, J.,

1. The Parties' Joint Motion for Entry of Order Requiring Preservation of Electronic Evidence [#52] is ALLOWED;

2. Defendant's Motion for Entry of a Protective Order on Discovery [#54] is DENIED;

DOCKETED 62

3. Plaintiffs' Cross Motion for Entry of Alternative Protective Order [#58] is DENIED;

4. The Parties shall draft a proposed Protective Order by March 20, 2003;

5. Plaintiffs do not have leave of the court to amend their Complaint;

6. Plaintiffs may depose Cyrano, Inc. pursuant to F.R.C.P. 30(b)(6), Sofitrade, S.A.R.L. pursuant to F.R.C.P. 30(b)(6), Scott Almeda, Robert Emens, Denis Bitan, Barbara Corcoran, Malcolm C. Green, Geoffrey Hall, Lee-Daniel Sutcliffe, and Noelle Beaudoin;

7. Defendant may depose Quotium Technologies, S.A. pursuant to F.R.C.P. 30(b)(6), Quotium Technologies, Inc. pursuant to F.R.C.P. 30(b)(6), Michele Tiberini, Pascal Straatsma, Bastien Decoudu, William Sweeney, Oliver Cante, Hubert de Lacvivier, Dominique Wernert and Charles Davidson;

8. No further Discovery is allowed without leave of the court;

9. All Discovery shall be completed by October 7, 2003; and

10. The Parties shall appear for a Final Pretrial Conference on October 7, 2003 at 10:00 a.m.

IT IS SO ORDERED.

_____
United States District Judge